**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-50107 |
| Plaintiff - Appellee, | D.C. No. 3:04-cr-02061-BTM |
| v. | |
| ISRAEL FLORES-RODRIGUEZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Barry T. Moskowitz, District Judge, Presiding

Submitted February 21, 2012[**]

Before:     FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

Israel Flores-Rodriguez appeals from the district court's order denying his

motion to dismiss the indictment. Pursuant to *Anders v. California*, 386 U.S. 738

(1967), Flores-Rodriguez's counsel has filed a brief stating there are no grounds

for relief, along with a motion to withdraw as counsel of record. We have

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

provided the appellant with the opportunity to file a pro se supplemental brief.  No

pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S.

75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**, and the district court's

judgment is **AFFIRMED**.